UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
EVAN BROWN,                           :
                                      :
        Plaintiff,                 :   CASE NO.: 1:19-cv-03984
                                      :
   -against-                         :
                                      :
PAPA MURPHY'S HOLDINGS INC., JEAN     :
M. BIRCH, WELDON SPANGLER, NOAH A.    :
ELBOGEN, BENJAMIN HOCHBERG, YOO       :
JIN KIM, ALEXANDER C. MATINA,         :
DAVID MOUNTS, JOHN SHAFER,            :
KATHERINE L. SCHERPING, and ROB       :
WEISBERG,                             :
                                      :
        Defendants.                :
------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 3, 2019                        Respectfully Submitted,

                                                                                **MONTEVERDE & ASSOCIATES PC**

                                                                                */s/ Juan E. Monteverde*
                                                                                Juan E. Monteverde
                                                                                The Empire State Building
                                                                                350 Fifth Avenue, Suite 4405
                                                                                New York, New York 10118
                                                                                Tel: 212-971-1341
                                                                                Fax: 212-202-7880

                                                                                *Attorney for Plaintiff*